IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AHMED ALRWENI, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-CV-296-RP |
| ACCENTURE FLEX LLC | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell concerning Defendant Accenture Flex, LLC's ("Accenture") Motion for Summary Judgment, (Dkt. 70). (R. & R., Dkt. 79). In his report and recommendation, Judge Howell recommends that the Court grant the motion. (*Id.* at 4). Plaintiff Ahmed Alrweni ("Alrweni") timely filed objections to the report and recommendation, (Objs., Dkt. 81).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Alrweni timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so, the Court overrules Alrweni's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Dustin Howell, (R. & R., Dkt. 79), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Accenture's motion, (Dkt. 70), is **GRANTED**.

**IT IS FURTHER ORDERED** that Alrweni's claims against Accenture are **DISMISSED WITH PREJUDICE**.

Final judgment will follow in a separate order.

**SIGNED** on April 12, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE